# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                            dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                            ltrust@osbornlawpc.com

Granted.

SO ORDERED:

2/9/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

February 9, 2026

**VIA ECF**

Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    *Cumberbatch v. Commissioner of Social Security*
>         Civil Action No. 1:25-cv-08289-RWL

Dear Judge Lehrburger,

We write on behalf of our client, Allen Lee Cumberbatch, with the consent of the defense, to request a 75-day extension of time to file his motion for judgment on the pleadings which is currently due on February 19, 2026, per the Court's November 14, 2025 Scheduling Order extending deadlines due to the Government Shutdown. This is the parties' first request for an extension.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **May 5, 2026;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **July 20, 2026**; and

- Plaintiff to file his reply, if any, on or before: **August 3, 2026.**

43 West 43rd Street, Suite 131          Telephone 212-725-9800          osbornlawpc.com
New York, New York 10036                Facsimile  212-500-5115          info@osbornlawpc.com

Honorable Robert W. Lehrburger
February 9, 2026
Page Two


      Thank you for your consideration of this request.


                Respectfully submitted,


                s/Daniel A. Osborn
                Daniel A. Osborn
                OSBORN LAW, P.C.
                43 West 43rd Street, Suite 131
                New York, New York 10036
                Telephone:    212-725-9800
                Facsimile:    212-500-5115
                dosborn@osbornlawpc.com


cc: Sergei Aden, Esq. (by ECF)