UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLEN LEE CUMBERBATCH,

                              Plaintiff,

            -against-

COMMISSIONER OF SOCIAL SECURITY.,

                              Defendant.

25 CIVIL 08289 (RWL)

**JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated June 29, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g). The parties further stipulate and agree that upon remand, the ALJ will be directed to offer Plaintiff the opportunity for a new hearing and issue a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**Dated:**    New York, New York
              June 30, 2026

                                        **TAMMI M. HELLWIG**
                                        **Clerk of Court**

                            **BY:**

                                        **Deputy Clerk**